UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Joel Schneider |
| v. | : | |
| JONATHAN A. KIRSCHNER, a/k/a "Jonathan Kratcher" | : | Mag. No. 17-2028 (JS) |

To:
Leonard D. Biddison
132 N. Haddon Ave.
Haddonfield NJ  08033

      PLEASE TAKE NOTICE that William E. Fitzpatrick, Acting United States Attorney for the District of New Jersey (Alyson M. Oswald, Assistant U.S. Attorney, appearing) will move, on a date to be determined by the Court, for an order revoking the bail of defendant, Jonathan A. Kirschner, a/k/a "Jonathan Kratcher."

      In support of its motion, the United States relies on the accompanying Memorandum Of The United States In Support Of Its Motion For Revocation Of Bail.

      Respectfully submitted,

      WILLIAM E. FITZPATRICK
      Acting United States Attorney

      **s/ Alyson M. Oswald**

      By:  ALYSON M. OSWALD
      Assistant U.S. Attorney