# DEPARTMENT OF HOMELAND SECURITY
## HOMELAND SECURITY INVESTIGATIONS
### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

12/15/2017 13:36 EST                                                                                   Page 1 of 5

**CASE NUMBER**

**CASE OPENED**
6/19/2017

**CURRENT CASE TITLE**
Jonathan KIRSCHNER

**REPORT TITLE**
12/14/2017 HSI Cherry Hill Seizure of DHL Inbound Parcel Destined for Jonathan KIRSCHNER

**SYNOPSIS**

HSI Cherry Hill has initiated an investigation relating to Jonathan KIRSCHNER, a United States Citizen residing within the HSI Cherry Hill area of responsibility. KIRSCHNER has been placed under investigation for the suspected smuggling of counterfeit gold and silver coins, bars and bullion into the United States. Additionally, KIRSCHNER is believed to have defrauded multiple victims by selling his counterfeit items while purporting them to be of genuine gold and silver composition. Further, HSI Cherry Hill has received information alleging KIRSCHNER's impersonation of a federal law enforcement officer; specifically that of a Bureau of Alcohol, Tobacco and Firearms Special Agent while distributing smuggled and counterfeit goods. The following will document the December 14, 2017 HSI Cherry Hill seizure of a U.S. Customs and Border Protection interdicted parcel addressed to KIRSCHNER at 709 Kimberly Drive, Moorestown, NJ.

**REPORTED BY**
Nicholas Tranchitella
SPECIAL AGENT

**APPROVED BY**
John Fitch
SUPERVISORY SPECIAL AGENT

**DATE APPROVED**
12/15/2017

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY
## HOMELAND SECURITY INVESTIGATIONS
### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

12/15/2017 13:36 EST                                                                                     Page 2 of 5

## DETAILS OF INVESTIGATION

On November 29, 2017, this writer was contacted by U.S. Customs and Border Protection (CBP) Trade Enforcement Unit Officer Daniel Baldwin regarding an inbound parcel which was interdicted at the DHL processing area of Philadelphia, Pennsylvania. The parcel, which was addressed Jonathan KIRSCHNER at his address of 709 Kimberly Drive, Moorestown, NJ, originated in China and was manifested to contain "copper medal" under DHL airway bill # 5248179241. Upon its arrival in the border area, the parcel was opened and examined. Following inspection, the parcel was found to contain approximately 39 rectangular pieces of cardstock bearing the markings and holographs of the Numismatic Guaranty Corporation (NGC). In addition to the NGC markings, the cardstocks also contained descriptions of various numismatics and precious metals. After receiving a description of the above packaging and contents, this writer informed Officer Baldwin that HSI would accept the detained parcel for industry authentication. Officer Baldwin acknowledged and informed this writer that he would maintain custody of the parcel pending HSI adoption.

On December 11, 2017, this writer contacted Richard Weaver; President of the Delaware Valley Rare Coin Company and Vice President of the Professional Numismatists Guild. In the ensuing conversation, this writer requested Mr. Weaver's assistance in the authentication of the above-described cardstocks. Mr. Weaver obliged, informing this writer that he would make himself available whenever needed to assist with the ongoing investigation.

On December 12, 2017, this writer took custody of the above described detention from U.S. Customs and Border Protection personnel. Upon retrieval, the parcel was observed to be detained under Department of Homeland Security Detention Notice and Custody Receipt for Detained Property Form 6051D bearing identification number 1754291. After further examination by this writer, the outer packaging was observed to bear the following markings;

Consignee:

Jonathan Kirschner

709 Kimberly Drive

Moorestown, NJ 08057-4406, USA

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Jonathan KIRSCHNER |  | 12/15/2017 |

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

12/15/2017 13:36 EST      Page 3 of 5

Zip Code: 08057-4406

Tel: 856-813-0122

Date of Exportation:

11.22.2017

Wu haikuiu

301 Kanglejiayuan Gunlan zhen Bao'a

Shenzhen, Guangdong, China

Country Origin of Goods:

China

Country of Destination:

U.S.A.

International Airway Bill No.

DHL

Full Description of Goods:

Copper medal

Quantity:

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Jonathan KIRSCHNER | | 12/15/2017 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS
### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

12/15/2017 13:36 EST                                                                 Page 4 of 5

3

Unit Value:

$3.00

Total Value:

$9.00

"I declare all the information contained in this invoice to be true and correct."

Signature of Exporter/Shipper:

Wu haikui

Date:

11.22.2017

Included within the DHL parcel were four (4) individual packaging items. Located within one of those items were 39 labels bearing NGC markings and holographs. The remaining three (3) packaging items were found to be empty.

After taking custody of the above parcel, the package and contents were transported to HSI Cherry Hill without incident where they were stored in the secured evidence area pending authentication.

---

**Current Case Title**              **ROI Number**              **Date Approved**
Jonathan KIRSCHNER                                              12/15/2017

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

12/15/2017 13:36 EST                                                                                                   Page 5 of 5

On December 14, 2017, the above-described parcel was presented to Richard Weaver for content authentication.  Mr. Weaver's examination occurred at the Delaware Valley Rare Coin Company located at 2835 West Chester Pike, Broomall, Pennsylvania.  Upon presentation of the items, Mr. Weaver confirmed the counterfeit nature of all 39 labels bearing NGC markings and holographs.  Following Mr. Weaver's determination, the items were returned to HSI Cherry Hill where they were seized under U.S. Customs and Border Protection Custody Receipt for Seized Property and Evidence Form 6051S bearing identification number 5562962.  Photographs of the DHL packaging material, NGC labels and manifest document are maintained within the HSI Cherry Hill investigative case file.

The investigation continues.

**Current Case Title**
Jonathan KIRSCHNER

**ROI Number**

**Date Approved**
12/15/2017

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.