

**M T B**

Manfra, Tordella, & Brookes

RECEIVED

JAN 2 8 2019

ROBERT B. KUGLER
U.S. DISTRICT JUDGE

January 21, 2019

The Honorable Judge Robert B. Kugler
U.S. District Court
Camden, New Jersey

Re: Sentencing of Jonathan A. Kirschner

CR#18-360

Dear Judge Kugler:

I am Chief Operating Officer of Manfra, Tordella & Brookes, Inc. in New York City (MTB). MTB is a highly regarded precious metal dealer of longstanding. As part of our business, we are an Authorized Distributor of the U.S. Mint, one of a small number of financially capable and highly reputable dealers selected by the U.S. Mint to distribute their precious metal products to businesses and citizens throughout the United States. We are also the U.S. affiliate of PAMP Suisse, a preeminent gold refiner located in Lugano, Switzerland which produces the highest quality premium gold bars that are well known and accepted in the U.S. market.

We urge your Honor to sentence Mr. Kirschner to the full potential sentence of 18 years.

Mr. Kirschner's deliberate and repeated criminal acts over a significant period of time have had many harmful impacts on our citizens, our federal government institutions and on private industry.

He engaged in a criminal enterprise that willfully defrauded our citizens, and in so doing undermined confidence in the precious metal and coin collectors' market nationwide.

He undermined public confidence in our law enforcement agencies by repeatedly impersonating federal law enforcement officers.

He aided and abetted China to hurt our economy, including the reputation of the U.S. Mint as well as private gold refiners. The sale of U.S. government and private firm investment grade gold bullion bars and coins critically depends on the trust and integrity that our citizens place in these products, and his actions strike at the heart of this important and longstanding federal government function as well as legitimate private trade and enterprise. The reputational and financial harm to the US Mint and gold refiners such as PAMP is incalculable but is considered very significant.

MANFRA, TORDELLA, & BROOKES, INC.
50 West 47th Street | Suite 310
New York, NY 10036 USA

Main (212) 981-4550 | Toll Free (800) 535-7481 | Fax (212) 981-4545/6
Info@mtbcoins.com | www.mtbcoins.com
An MKS PAMP GROUP Company



Manfra, Tordella, & Brookes

The seizure of counterfeits from his home and packages addressed to him would, if they had been genuine, involve value of more than $46 million. This amount clearly underscores the seriousness of his crimes and the danger that Mr. Kirschner poses to our society.

Your Honor is urged to make an example of Mr. Kirschner to make clear that as a society we will not abide by the fraudsters, the counterfeiters, the government agent impersonators and those that willfully seek to harm our U.S. government and our national economy by sentencing Mr. Kirschner to the maximum sentence of 18 years.

Thank you for considering this letter.

Very truly yours,

Kevin Connell
Chief Operating Officer
Manfra, Tordella, and Brookes Inc

MANFRA, TORDELLA, & BROOKES, INC.
50 West 47th Street | Suite 310
New York, NY 10036 USA

Main (212) 981-4550 | Toll Free (800) 535-7481 | Fax (212) 981-4545/6
Info@mtbcoins.com | www.mtbcoins.com
An MKS PAMP GROUP Company