# Dean Streff
1516 West Fair Avenue, Lancaster, Ohio 43130
Phone: (740) 687-6333

---

Judge Robert B. Kugler
U.S. District Court, Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Sts.
P.O. Box 889
Camden, NJ 08101-0889

*CR. 18-360 (RBK)*
*RECEIVED*
*FEB 19 2019*
*ROBERT B. KUGLER*
*U.S. DISTRICT JUDGE*

February 13, 2019

re: Sentencing of Jonathan A. Kirschner

Dear Judge Kugler:

It is my understanding that Jonathan A. Kirschner will soon stand before you for sentencing. It is my understanding Mr. Kirschner has been charged with falsely impersonating an agent of the Bureau of Alcohol, Tobacco and Firearms, and Explosives (ATF), as well as unlawfully importing counterfeit coins and precious metals bars into the United States.

Having talked to a number of prominent coin and metal dealers in the United States, as well as regularly reading numismatic publications, I have become aware of the pervasive U.S. importation and sale of counterfeit coins and precious metals bars, largely imported from China. With counterfeiters now duplicating third party grading firm holders, it is getting almost impossible for the average person on the street to tell what is genuine and what is counterfeit. This is true for even common date silver dollars, which are often purchased by the middle class collector and investor.

While U.S. control of activities within China is nearly impossible, sentencing Mr. Kirschner to the maximum 18 years would send a strong message to anyone within the United States regarding the intolerance of individuals within the U.S. illegally importing and marketing counterfeit precious and collectible coins and bars.

Thank you.

Very truly,

*Dean Streff*
Dean Streff