DNJ-Cr-021 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>Jonathan A. Kirschner<br><br>Defendant(s). | Criminal No.  18cr360<br><br>**SENTENCING SUBMISSION NOTICE OF THE UNITED STATES** |

Please be advised that, on this date, the United States submitted sentencing materials to the Court in this case concerning the defendant  Jonathan A. Kirschner  .

Date:  1/13/2020

CRAIG CARPENITO
United States Attorney

By:   /s/Jeffrey Bender
         Assistant U.S. Attorney