UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JONATHAN A. KIRSCHNER,<br><br>Defendant. | Criminal. No. 18-360 (RBK)<br>**ELECTRONICALLY FILED**<br><br>ROBERT B. KUGLER, U.S.D.J. |

## (proposed) TURNOVER ORDER

**WHEREAS** this Court entered a Judgement in a Criminal Case, dated July 6, 2021, which, among other things, required Defendant Jonathan A. Kirschner (Defendant) to pay a mandatory Special Assessment in the amount of $200.00 and Restitution in the amount of $14,600.00 to the victims;

**AND WHEREAS** the Court ordered that the Special Assessment and Restitution were "due immediately";

**AND WHEREAS** a Restitution balance of approximately $14,400.00, remained unpaid as of November 4, 2021;

**AND WHEREAS** pursuant to 18 U.S.C. § 3613(c), entry of final judgment created a lien on all of Defendant's property and rights to property;

**AND WHEREAS** the United States may use any authorized federal or state procedure to enforce the judgment. 18 U.S.C. § 3613(a), (f);

**AND WHEREAS** as of October 22, 2021, the Defendant had a Bureau of Prisons (BOP)-Inmate Trust Account (also known as: Inmate Commissary Account) with an approximate balance of $1,119.97;

IT IS on this 14th day of April, 2022,

**ORDERED** that the BOP remit to the Clerk for the District of New Jersey, 402 East State Street, Room 2020, Trenton, New Jersey 08608, the amount of Entire Balance from the balance that is currently held in the BOP Inmate Trust Account for the inmate Jonathan A. Kirschner, Register Number: 70909-050 at the Federal Correctional Institution-Danbury at Danbury, Connecticut. Those funds shall be applied to the defendant's outstanding Restitution balance and for distribution to the victims owed Restitution. Defendant shall be credited with the amount of that payment to his outstanding Restitution Order.

ROBERT B. KUGLER
United States District Judge