PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Jonathan A. Kirschner          Cr.: 18-00360-001
         PACTS #: 3728253

Name of Sentencing Judicial Officer:     THE HONORABLE ROBERT B. KUGLER
        SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 01/28/2020

Original Offense:     <u>Count One:</u> Impersonating of a Special Agent of the Bureau of Alcohol, Tobacco, Firearms, and Explosive, in violation of 18 U.S.C. § 912, a Class E felony
<u>Count Two:</u> Knowingly Bringing False, Forged, or Counterfeit Coins and Bars into the United States, in violation of Coins or Bars, in violation of 18 U.S.C. §485, a Class C felony

Original Sentence: Imposed on 01/28/2020; 126 months imprisonment, 36 months supervised release; Resentenced on 07/06/2021 to 36 months on Count One and 16 months on Count Two, Counts consecutive, for a total of 52 months custody, 1 year on Count One and 3 years on Count Two, Counts concurrent, for a total of 3 years supervised release.

Special Conditions: Drug Treatment, Computer Search for Monitoring Software, Financial Disclosure, Substance Abuse Testing, Mental Health Treatment, No New Debt/Credit, Self-Employment/Business Disclosure, Special Assessment, Restitution - Money, Polygraph Examination, Computer Monitoring Software, Computer Search, Location Monitoring Program

<u>Type of Supervision: Supervised Release</u>         <u>Date Supervision Commenced: 09/02/2022</u>

### STATUS UPDATE

On September 1, 2023, a Violation of Supervised Release (VOSR) report was submitted with request for a summons. On September 18, 2023, the VOSR report was amended. On September 18, 2023, Kirschner made an initial appearance before Your Honor. He was remanded pending the hearing scheduled for October 11, 2023.

The purpose of this report is to seek directive from Your Honor to determine if the Probation Office may release prepared notes and chronological records, as it specifically relates to the findings regarding Kirschner's computer monitoring activity to the government and defense counsel.

**U.S. Probation Officer Action:**
We respectfully request the release of the above-mentioned documents, so all parties have it available for the evidentiary hearing scheduled on October 11, 2023.

Should you have any other questions or concerns, please do not hesitate to contact the undersigned officer at (973) 902-2165.

Prob 12A – page 2
Jonathan A. Kirschner

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:   ERIN A. DESILVA
Senior U.S. Probation Officer

/ ead

APPROVED:

9/19/2023

STEVEN ALFREY                              Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐   No Formal Court Action to be Taken at This Time

☐   Submit a Request for Modifying the Conditions or Term of Supervision

☐   Submit a Request for Warrant or Summons

☑   Release the chronological records and prepared notes for the computer monitoring activity (as
recommended by the Probation Office)

Signature of Judicial Officer

September 19, 2023

Date